IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **SHERONE DENISE YORK,** | * | |
| | * | |
| Plaintiff, | * | Civil Action No. 12-00023-B |
| | * | |
| vs. | * | |
| | * | |
| **CAROLYN W. COLVIN,** | * | |
| **Commissioner of Social Security,** | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for disability insurance benefits and supplemental security income be **AFFIRMED**.

**DONE** this **28**th day of **March, 2013**.

/s/  SONJA F. BIVINS
**UNITED STATES MAGISTRATE JUDGE**